**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VANESSA R. BLUE,<br><br>　　　　　Defendant. | No.  3:20-PO-0157-DMC<br><br><br><br>ORDER |

For good case shown and on the Government's motion, ECF No. 7, citation no. 9729362 is dismissed. All pending hearing dates are vacated. The Clerk of the Court is directed to close this file.

　　　　　IT IS SO ORDERED.

Dated:  December 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1